RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 17  3 23 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

------------------------------------------------X
GREGORY A. BLOCH, ANNE C. BLOCH,:
GREGORY A. BLOCH, ANNE C. BLOCH :
As TRUSTEES FOR THE BENEFIT OF  :
TRIAD ART GROUP, INC.'S EMPLOYEE :      CIVIL ACTION NO. 303CV0368 RNC (MRK)
STOCK OWNERSHIP TRUST, ANNE C. :
BLOCH as CUSTODIAN FOR THE        :
BENEFIT OF LUCAS CRETZMEYER,  :         October 3, 2003
TRIAD ART GROUP, INC.,                     :
TRIAD ART GROUP PUBLISHING, INC., :

        Plaintiffs,

VS.

FINANCIAL WEST GROUP, and.
PATRICK SAHLI,

        Defendants.
------------------------------------------------X

## APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

FINANCIAL WEST GROUP

                             WINGET, SPADAFORA &
                             SCHWARTZBERG ,LLP

        By: _____
                Dianna D. McCarthy (ct24874)
                45 Broadway, 19th Floor
                New York, New York 10006
                Phone: (212) 221-6900
                Fax: (212) 221-6989

## CERTIFICATION OF SERVICE

      THIS IS TO CERTIFY that a copy of the foregoing Appearance was sent via first class mail on this date to:

Daniel L. Schwartz
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901

Glenn A. Duhl, Esq.
Siegel, O'Connor, Zangari,
O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103

Dated: October 3, 2003

                                                              Dianna D. McCarthy

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 141 Church Street<br>New Haven, CT 06510<br>(203) 773-2140 | 450 Main Street<br>Hartford, CT 06103<br>(860) 240-3200 | 915 Lafayette Blvd.<br>Bridgeport, CT 06604<br>(203) 579-5861 |

Bloch

      V       CIVIL NO. 3:03 cv 368 (MRK)

Financial West Group

NOTICE TO COUNSEL

We are returning your Motion to Admit Pro Hac Vice for failure to ___ pay $25.00 fee for each attorney seeking admission. LR 83.1(d)2 ___ submit $25.00 fee required per attorney per motion.

We are returning your pleadings/documents for failure to file at the seat of court where the docket is maintained. Please file in ___ Bridgeport ___ Hartford ✔ New Haven.

_____ Please enter your appearance. LR 5(a)

_____ We are returning the depositions submitted to this office. Counsel are to retain custody of depositions and exhibits unless the parties are unable to agree as to who shall retain custody of the transcript. In the event of a disagreement, counsel will need permission of the court to file depositions. LR 30(b)

_____ Your offer of judgment pursuant to Rule 68 FRCvP is being returned to you as there is no indication that it has been accepted. Rule 68 provides "(I)f within 10 days after the service of the offer the adverse party serves written notice that the offer is accepted, either party may then file the offer and notice of acceptance together with proof of service thereof and thereupon the clerk shall enter judgment." If and when your offer is accepted, it may be filed as described in the rule.

_____ Discovery material, including computations of damages and expert reports need not be filed with the court. L.R.5(e)

Date: October 6, 2003                 TMS<br>
                                Clerk, U.S. District Court

(Rev. 1/1/03)