UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY A. BLOCH, ANNE C. BLOCH, GREGORY A. BLOCH, ANNE C. BLOCH AS TRUSTEES FOR THE BENEFIT OF TRIAD ART GROUP, INC.'S EMPLOYEE STOCK OWNERSHIP TRUST, ANNE C. BLOCH AS CUSTODIAN FOR THE BENEFIT OF LUCAS CRETZMEYER, TRIAD ART GROUP, INC., TRIAD ART GROUP PUBLISHING, INC. | : CASE NO.: 3:03 CV 0368 (RNC) |
| Plaintiffs, | : NOVEMBER 20, 2003 |
| VS. | : |
| FINANCIAL WEST GROUP AND PATRICK SAHLI, | : |
| Defendants. | : |

**ENTRY OF APPEARANCE**

Please enter the appearance of the undersigned attorney on behalf of plaintiffs Gregory A. Bloch, Anne C. Bloch, Gregory A. Bloch, Anne C. Bloch as Trustees for the Benefit of Triad Art Group, Inc.'s Employee Stock Ownership Trust, Anne C. Bloch as Custodian for the Benefit of Lucas Cretzmeyer, Triad Art Group, Inc., Triad Art Group Publishing, Inc. in the above-referenced matter.

Respectfully submitted,

_____
Ray A. Wynter (ct 25305)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Tel. (203) 977-7300
Fax  (203) 977-7301
E-mail:  rawynter@dbh.com
Counsel for Plaintiffs

71208610_1.DOC

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 20th day of November, 2003 via overnight mail, postage prepaid, to:

>Dianna D. McCarthy (ct24874)
>Winget, Spadafora & Schwartzberg, LLP
>45 Broadway, 19th Floor
>New York, NY  10006
>(212) 221-6900

_____
Ray A. Wynter