## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY A. BLOCH, ANNE C. BLOCH : | | **CASE NO. 3:03 CV 0368 (MRK)** |

GREGORY A. BLOCH, ANNE C. BLOCH       :
GREGORY A. BLOCH, ANNE C. BLOCH AS :
TRUSTEES FOR THE BENEFIT OF TRIAD   :
ART GROUP, INC.'S EMPLOYEE STOCK    :
OWNERSHIP TRUST, ANNE C. BLOCH AS  :
CUSTODIAN FOR THE BENEFIT OF LUCAS :
CRETZMEYER, TRIAD ART GROUP, INC.,   :
TRIAD ART GROUP PUBLISHING, INC.,      :
                                                                    :
          **Plaintiffs,**                              :
                                                                    :
**v.**                                                            :
                                                                    :
**FINANCIAL WEST GROUP AND**             :
**PATRICK SAHLI,**                                   :
                                                                    :
        **Defendants.**                           :
_____ :



**January 6, 2004**

### MOTION TO WITHDRAW AS COUNSEL

In accordance with the provisions of Local Rule 7(e), undersigned counsel hereby moves to withdraw as attorney of record for defendant Patrick Sahli ("Sahli"), because of Sahli's failure to pay his attorney's fees and expenses.

1.      By letter, dated March 26, 2003, a copy of which is attached as Exhibit A, Sahli engaged undersigned counsel to appear and represent its interests in this litigation. That agreement contained a requirement that Sahli deliver to the undersigned a $2,000 retainer against which attorney time and expenses would be deducted until exhausted. Thereafter, bills for services would be billed monthly and due on receipt. The agreement also provided: "Should the retainer be exhausted and not replenished, or otherwise if any invoice submitted to you is not timely paid, such circumstances will be grounds for me to terminate my representation and to withdraw from any litigation or administrative

proceeding for which I (and any other attorney in my firm) am engaged on your behalf."
*Id.*

2.     Fees and expenses were deducted from the retainer until it was exhausted, leaving a balance due. Sahli has not paid the monthly invoices despite his agreeing to do so. Other than paying the initial retainer, Sahli has failed to deliver any payment against the balance due which exceeds $5,200. Rather, he has twice delivered two checks, each of which have been returned for insufficient funds.

3.     By letter dated October 29, 2003, undersigned counsel mailed Sahli notice of his intention to file this motion to withdraw. *See* Exhibit B. This letter was returned undeliverable. *See* Exhibit C. A second letter was sent on December 18, 2003. *See* Exhibit D. This letter was delivered to Sahli on December 30, 2003. *See* Exhibit E. In those letters, undersigned counsel notified Sahli that if new counsel is not engaged and the motion to withdraw is granted, the Court may also enter a default against Sahli and dismiss Sahli's claims if it is not represented by counsel. *See* Exhibits B and D.

4.     At the present time, Sahli owes undersigned counsel's law firm more than $5,200 in attorney's fees and expenses.

5.     For the foregoing reasons, undersigned counsel represents that good cause has been shown to support this motion to withdraw and, accordingly, the motion should be granted.

By: _____
Glenn A. Duhl ct03644
Siegel, O'Connor, Zangari,
    O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
(860) 727-8900
Fax: (860) 527-5131
gduhl@siegeloconnor.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion to withdraw has been served upon counsel for Plaintiffs, Daniel L. Schwartz, Esq. and Patricia M. Canavan, Esq., Day, Berry & Howard, LLP, One Canterbury Green, Stamford, CT 06901, and counsel for defendant Financial West Group, Luigi Spadafora, Esq. and Dianna D. McCarthy, Esq., Winget, Spadafora & Schwartzberg, LLP, 45 Broadway, 19th Floor, New York, NY 10006, and Patrick James Sahli, P.O. Box K-1, Carmel, CA 93921, by first class mail, postage prepaid, this 6th day of January, 2004.

_____
Glenn A. Duhl

3

LAW OFFICES

# SIEGEL, O'CONNOR, ZANGARI, O'DONNELL & BECK, P.C.

150 TRUMBULL STREET
HARTFORD, CONNECTICUT 06103
(860) 727-8900
FAX (860) 527-5131

www.siegeloconnor.com

P.O. DRAWER 906
171 ORANGE STREET
NEW HAVEN, CONNECTICUT 06504
(203) 789-0001
FAX (203) 782-2766

PLEASE REPLY TO HARTFORD OFFICE

email:gduhl@siegeloconnor.com

March 26, 2003

**PERSONAL & CONFIDENTIAL**

*Glenn – I already set the nothing under separate cover –*

**BY FAX: (831) 626-4327**
**ORIGINAL BY MAIL**

Patrick James Sahli
P.O. Box K-1
Carmel, CA 93921

> Re:   *Gregory A. Bloch, Anne C. Bloch, Gregory A. Bloch, Anne C. Bloch as*
> *Trustees for the Benefit of Triad Art Group, Inc.'s Employee Stock*
> *Ownership Trust, Anne C. Bloch as Custodian for the Benefit of Lucas*
> *Cretzmeyer, Triad Art Group, Inc., Triad Art Group Publishing, Inc., v.*
> *Financial West Group and Patrick Sahli*
> <u>U.S.D.C., D.Conn., Civil Action No. 303CV0368 (RNC)</u>

Dear Pat:

Thank you again for choosing me to defend your interests in the above referenced litigation and any NASD arbitration that might be brought.  This letter will confirm our agreement to provide you legal counsel and representation.

My hourly fee is based upon factors stated in Rule 1.5 of the Connecticut Rules of Professional Conduct, which factors are guides to determining the reasonableness of fees for legal services.  These factors include 1) the time and labor required, the novelty and difficulty of the question involved and the skill required to perform the legal services properly; 2) the likelihood that the acceptance of the particular engagement will preclude other engagements by the lawyer; 3) the fee customarily charged in the locality for similar legal services; 4) the amount involved in the controversy and the results obtained; 5) the time limitations imposed by the client or by the circumstances; 6) the nature and length of the professional relationship with the client; 7) the experience, reputation the ability of the lawyer or lawyers performing the services; and 8) whether the fee is fixed or contingent.

The hourly rates currently utilized by us range from $150 per hour to $350 per hour, plus expenses on a portal-to-portal basis, depending upon the nature of the work performed and the attorney actually involved in the proceeding.  From time to time,

**EXHIBIT**

**A**

# SIEGEL, O'CONNOR, ZANGARI, O'DONNELL & BECK, P.C.

Patrick James Sahli
March 26, 2003
Page 2

typically annually, these rates will be adjusted upward.  Time spent by me will be billed at the rate of $250 per hour.

As discussed, I ask for a retainer check in the amount of $2,000.00.  Time and expenses incurred will be deducted from this sum until it is exhausted, following which it will be replenished.  I will send you bills on a monthly basis and debit the retainer fund accordingly.  While the firm makes every effort to include disbursements in the monthly statement for the month in which they are incurred, some, such as telephone charges, may not be available until the following month.  If you have any questions at any time about any bill or the amount of time spent on your behalf, please do not hesitate to call.

Should the retainer be exhausted and not replenished, or otherwise if any invoice submitted to you is not timely paid, such circumstances will be grounds for me to terminate my representation and to withdraw from any litigation or administrative proceeding for which I (and any other attorney in my firm) am engaged on your behalf.  Upon default in timely payment of amounts due, you agree to pay the costs of collection, including reasonable attorney's fees and costs.

I appreciate your selecting me to represent you.  I look forward to working with you toward a satisfactory resolution.  If the terms described above are acceptable, please arrange to have a copy of this letter signed where indicated below and return it to me.

Very truly yours,

Glenn A. Duhl

Enclosure.

Your signature below confirms your agreement with and acceptance of the terms described above.

Patrick James Sahli

3.31.03
Date

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY A. BLOCH, ANNE C. BLOCH GREGORY A. BLOCH, ANNE C. BLOCH AS TRUSTEES FOR THE BENEFIT OF TRIAD ART GROUP, INC.'S EMPLOYEE STOCK OWNERSHIP TRUST, ANNE C. BLOCH AS CUSTODIAN FOR THE BENEFIT OF LUCAS CRETZMEYER, TRIAD ART GROUP, INC., TRIAD ART GROUP PUBLISHING, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>FINANCIAL WEST GROUP AND PATRICK SAHLI,<br><br>        Defendants. | CASE NO. 3:03 CV 0368 (MRK)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>NOVEMBER    , 2003 |

### APPEARANCE

Please enter my *pro se* appearance in this case for Defendant, Patrick Sahli, in lieu of Glenn A. Duhl.

                    PATRICK SAHLI

                    By:_____
                         P.O. Box K-1
                         Carmel, CA 93921
                         (831) 626-5503
                         Fax: (831) 626-4327

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Appearance has been served upon counsel for Plaintiffs, Daniel L. Schwartz, Esq. and Patricia M. Canavan, Esq., Day, Berry & Howard, LLP, One Canterbury Green, Stamford, CT   06901, and counsel for the defendant Financial West Group, Luigi Spadafora, Esq., and Dianna McCarthy, Esq., Winget, Spadafora & Schwartzberg, LLP, 45 Broadway, 19th Floor, New York, NY 10006, and Glenn A. Duhl, Esq., Siegel, O'Connor, 150 Trumbull Street, Hartford, CT 06103, by first class mail, postage prepaid, this     day of November, 2003.

_____
Patrick Sahli

2

LAW OFFICES

# SIEGEL, O'CONNOR, ZANGARI, O'DONNELL & BECK, P.C.

150 TRUMBULL STREET
HARTFORD, CONNECTICUT 06103
(860) 727-8900
FAX (860) 527-5131

www.siegeloconnor.com

P.O. DRAWER 906
171 ORANGE STREET
NEW HAVEN, CONNECTICUT 06504
(203) 789-0001
FAX (203) 782-2766

PLEASE REPLY TO HARTFORD OFFICE

gduhl@siegeloconnor.com

October 29, 2003

**BY FIRST CLASS MAIL & CERTIFIED MAIL,**
**RETURN RECEIPT REQUESTED**

Patrick James Sahli
P.O. Box K-1
Carmel, CA  93921

Re:  *Gregory A. Bloch, Anne C. Bloch, Gregory A. Bloch, Anne C. Bloch as Trustees*
     *for the Benefit of Triad Art Group, Inc.'s Employee Stock Ownership Trust, Anne*
     *C. Bloch as Custodian for the Benefit of Lucas Cretzmeyer, Triad Art Group, Inc.,*
     *Triad Art Group Publishing, Inc., v. Financial West Group and Patrick Sahli*
     *U.S.D.C., D.Conn., Civil Action No. 303CV0368 (MRK)*

Dear Pat:

     According to our engagement letter, a copy of which is enclosed, you agreed to deliver to a $2,000 retainer against which attorney time and expenses would be deducted until exhausted.  Thereafter, bills for services would be billed monthly and due on receipt. The agreement also provided: "Should the retainer be exhausted and not replenished, or otherwise if any invoice submitted to you is not timely paid, such circumstances will be grounds for me to terminate my representation and to withdraw from any litigation or administrative proceeding for which I (and any other attorney in my firm) am engaged on your behalf."  After the initial retainer was depleted, you were to send me payment for fees and expenses that were incurred.  You have not sent me any payment despite having agreed to do so.

     This shall serve as formal notice to you that I intend to file with the Court a motion to withdraw from the case.  Unless you engage new counsel or file an appearance *pro se*, that is, on your own behalf, pursuant to the appearance that I have prepared and enclose for your consideration, the Court may grant the motion.  The Court may enter a default against you should you not appear *pro se* or be represented by counsel.

     Should you have any question, please call me.

                                        Very truly yours,

                                        Glenn A. Duhl

Enclosures.



LAW OFFICES

# SIEGEL, O'CONNOR, ZANGARI, O'DONNELL & BECK, P.C.

150 TRUMBULL STREET
HARTFORD, CONNECTICUT 06103
(860) 727-8900
FAX (860) 527-5131

www.siegeloconnor.com

P.O. DRAWER 906
171 ORANGE STREET
NEW HAVEN, CONNECTICUT 06504
(203) 789-0001
FAX (203) 782-2766

PLEASE REPLY TO HARTFORD OFFICE

email:gduhl@siegeloconnor.com

March 26, 2003

*Glenn – I already sent the notices under separate cover – P.*

**PERSONAL & CONFIDENTIAL**

**BY FAX: (831) 626-4327**
**ORIGINAL BY MAIL**

Patrick James Sahli
P.O. Box K-1
Carmel, CA 93921

Re:    *Gregory A. Bloch, Anne C. Bloch, Gregory A. Bloch, Anne C. Bloch as*
*Trustees for the Benefit of Triad Art Group, Inc.'s Employee Stock*
*Ownership Trust, Anne C. Bloch as Custodian for the Benefit of Lucas*
*Cretzmeyer, Triad Art Group, Inc., Triad Art Group Publishing, Inc., v.*
*Financial West Group and Patrick Sahli*
*U.S.D.C., D.Conn., Civil Action No. 303CV0368 (RNC)*

Dear Pat:

Thank you again for choosing me to defend your interests in the above referenced litigation and any NASD arbitration that might be brought.  This letter will confirm our agreement to provide you legal counsel and representation.

My hourly fee is based upon factors stated in Rule 1.5 of the Connecticut Rules of Professional Conduct, which factors are guides to determining the reasonableness of fees for legal services.  These factors include 1) the time and labor required, the novelty and difficulty of the question involved and the skill required to perform the legal services properly; 2) the likelihood that the acceptance of the particular engagement will preclude other engagements by the lawyer; 3) the fee customarily charged in the locality for similar legal services; 4) the amount involved in the controversy and the results obtained; 5) the time limitations imposed by the client or by the circumstances; 6) the nature and length of the professional relationship with the client; 7) the experience, reputation the ability of the lawyer or lawyers performing the services; and 8) whether the fee is fixed or contingent.

The hourly rates currently utilized by us range from $150 per hour to $350 per hour, plus expenses on a portal-to-portal basis, depending upon the nature of the work performed and the attorney actually involved in the proceeding.  From time to time,

# SIEGEL, O'CONNOR, ZANGARI, O'DONNELL & BECK, P.C.

Patrick James Sahli
March 26, 2003
Page 2

typically annually, these rates will be adjusted upward.  Time spent by me will be billed at the rate of $250 per hour.

As discussed, I ask for a retainer check in the amount of $2,000.00.  Time and expenses incurred will be deducted from this sum until it is exhausted, following which it will be replenished.   I will send you bills on a monthly basis and debit the retainer fund accordingly.  While the firm makes every effort to include disbursements in the monthly statement for the month in which they are incurred, some, such as telephone charges, may not be available until the following month.  If you have any questions at any time about any bill or the amount of time spent on your behalf, please do not hesitate to call.

Should the retainer be exhausted and not replenished, or otherwise if any invoice submitted to you is not timely paid, such circumstances will be grounds for me to terminate my representation and to withdraw from any litigation or administrative proceeding for which I (and any other attorney in my firm) am engaged on your behalf.  Upon default in timely payment of amounts due, you agree to pay the costs of collection, including reasonable attorney's fees and costs.

I appreciate your selecting me to represent you.  I look forward to working with you toward a satisfactory resolution.  If the terms described above are acceptable, please arrange to have a copy of this letter signed where indicated below and return it to me.

Very truly yours,

Glenn A. Duhl

Enclosure.

Your signature below confirms your agreement with and acceptance of the terms described above.

Patrick James Sahli

3.31.03
Date



SIEGEL, O'CONNOR, ZANGARI,
O'DONNELL & BECK, P.C.
150 TRUMBULL STREET
HARTFORD, CONNECTICUT 06103

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

7003 0500 0000 2586 3597

Patrick James Sahli
P.O. Box K-1
Carmel, CA 93921

93921-0885

NAME
1st NOTICE
2nd Notice
Return NOV 11



EXHIBIT
C

ALL-STATE LEGAL®

LAW OFFICES

# SIEGEL, O'CONNOR, ZANGARI, O'DONNELL & BECK, P.C.

150 TRUMBULL STREET
HARTFORD, CONNECTICUT 06103
(860) 727-8900
FAX (860) 527-5131

www.siegeloconnor.com

P.O. DRAWER 906
171 ORANGE STREET
NEW HAVEN, CONNECTICUT 06504
(203) 789-0001
FAX (203) 782-2766
gduhl@siegeloconnor.com

PLEASE REPLY TO HARTFORD OFFICE

December 18, 2003

**BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Patrick James Sahli
P.O. Box K-1
Carmel, CA  93921

Re:   *Gregory A. Bloch, Anne C. Bloch, Gregory A. Bloch, Anne C. Bloch as Trustees
for the Benefit of Triad Art Group, Inc.'s Employee Stock Ownership Trust, Anne
C. Bloch as Custodian for the Benefit of Lucas Cretzmeyer, Triad Art Group, Inc.,
Triad Art Group Publishing, Inc., v. Financial West Group and Patrick Sahli*
U.S.D.C., D.Conn., Civil Action No. 303CV0368 (MRK)

Dear Pat:

According to our engagement letter, a copy of which is enclosed, you agreed to
deliver to me a $2,000 retainer against which attorney time and expenses would be
deducted until exhausted. Thereafter, bills for services would be billed monthly and due
on receipt. The agreement also provided:

> Should the retainer be exhausted and not replenished, or otherwise if any
> invoice submitted to you is not timely paid, such circumstances will be
> grounds for me to terminate my representation and to withdraw from any
> litigation or administrative proceeding for which I (and any other attorney in
> my firm) am engaged on your behalf.

After the initial retainer was depleted, you were to send me payment for fees and
expenses that were incurred. You sent me two $100 checks, each of which were
returned for insufficient funds (copy enclosed).

This shall serve as formal notice to you that I intend to file with the Court a motion
to withdraw from the case (copy enclosed). Unless you engage new counsel or file an
appearance *pro se*, that is, on your own behalf, pursuant to the appearance that I have
prepared and enclose for your consideration, the Court may grant the motion. The Court
may enter a default against you should you not appear *pro se* or be represented by
counsel. Should you have any question, please call me.

Very truly yours,

Glenn A. Duhl

Enclosures.

EXHIBIT
ALL-STATE LEGAL®
D

LAW OFFICES

# SIEGEL, O'CONNOR, ZANGARI, O'DONNELL & BECK, P.C.

150 TRUMBULL STREET
HARTFORD, CONNECTICUT 06103
(860) 727-8900
FAX (860) 527-5131

www.siegeloconnor.com

P.O. DRAWER 906
171 ORANGE STREET
NEW HAVEN, CONNECTICUT 06504
(203) 789-0001
FAX (203) 782-2766

PLEASE REPLY TO HARTFORD OFFICE

email:gduhl@siegeloconnor.com

March 26, 2003

**PERSONAL & CONFIDENTIAL**

*Glenn – I already set the retainer under separate cover –*
*P.*

**BY FAX: (831) 626-4327**
**ORIGINAL BY MAIL**

Patrick James Sahli
P.O. Box K-1
Carmel, CA 93921

Re:    *Gregory A. Bloch, Anne C. Bloch, Gregory A. Bloch, Anne C. Bloch as Trustees for the Benefit of Triad Art Group, Inc.'s Employee Stock Ownership Trust, Anne C. Bloch as Custodian for the Benefit of Lucas Cretzmeyer, Triad Art Group, Inc., Triad Art Group Publishing, Inc., v. Financial West Group and Patrick Sahli*
U.S.D.C., D.Conn., Civil Action No. 303CV0368 (RNC)

Dear Pat:

Thank you again for choosing me to defend your interests in the above referenced litigation and any NASD arbitration that might be brought. This letter will confirm our agreement to provide you legal counsel and representation.

My hourly fee is based upon factors stated in Rule 1.5 of the Connecticut Rules of Professional Conduct, which factors are guides to determining the reasonableness of fees for legal services. These factors include 1) the time and labor required, the novelty and difficulty of the question involved and the skill required to perform the legal services properly; 2) the likelihood that the acceptance of the particular engagement will preclude other engagements by the lawyer; 3) the fee customarily charged in the locality for similar legal services; 4) the amount involved in the controversy and the results obtained; 5) the time limitations imposed by the client or by the circumstances; 6) the nature and length of the professional relationship with the client; 7) the experience, reputation the ability of the lawyer or lawyers performing the services; and 8) whether the fee is fixed or contingent.

The hourly rates currently utilized by us range from $150 per hour to $350 per hour, plus expenses on a portal-to-portal basis, depending upon the nature of the work performed and the attorney actually involved in the proceeding. From time to time,

# SIEGEL, O'CONNOR, ZANGARI, O'DONNELL & BECK, P.C.

Patrick James Sahli
March 26, 2003
Page 2

typically annually, these rates will be adjusted upward. Time spent by me will be billed at the rate of $250 per hour.

As discussed, I ask for a retainer check in the amount of $2,000.00. Time and expenses incurred will be deducted from this sum until it is exhausted, following which it will be replenished. I will send you bills on a monthly basis and debit the retainer fund accordingly. While the firm makes every effort to include disbursements in the monthly statement for the month in which they are incurred, some, such as telephone charges, may not be available until the following month. If you have any questions at any time about any bill or the amount of time spent on your behalf, please do not hesitate to call.

Should the retainer be exhausted and not replenished, or otherwise if any invoice submitted to you is not timely paid, such circumstances will be grounds for me to terminate my representation and to withdraw from any litigation or administrative proceeding for which I (and any other attorney in my firm) am engaged on your behalf. Upon default in timely payment of amounts due, you agree to pay the costs of collection, including reasonable attorney's fees and costs.

I appreciate your selecting me to represent you. I look forward to working with you toward a satisfactory resolution. If the terms described above are acceptable, please arrange to have a copy of this letter signed where indicated below and return it to me.

Very truly yours,

Glenn A. Duhl

Enclosure.

Your signature below confirms your agreement with and acceptance of the terms described above.

Patrick James Sahli

3.31.03
Date

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| GREGORY A. BLOCH, ANNE C. BLOCH : | CASE NO. 3:03 CV 0368 (MRK) |
| GREGORY A. BLOCH, ANNE C. BLOCH AS : | |
| TRUSTEES FOR THE BENEFIT OF TRIAD : | |
| ART GROUP, INC.'S EMPLOYEE STOCK : | |
| OWNERSHIP TRUST, ANNE C. BLOCH AS : | |
| CUSTODIAN FOR THE BENEFIT OF LUCAS : | |
| CRETZMEYER, TRIAD ART GROUP, INC., : | |
| TRIAD ART GROUP PUBLISHING, INC., : | |

        Plaintiffs,                              :
                                                 :
v.                                               :
                                                 :
FINANCIAL WEST GROUP AND                         :
PATRICK SAHLI,                                   :
                                                 :
        Defendants.                              :
_____ :    **DECEMBER     , 2003**

<u>**APPEARANCE**</u>

Please enter my *pro se* appearance in this case for Defendant, Patrick Sahli, in

lieu of Glenn A. Duhl.

                              **PATRICK SAHLI**

                    By:_____
                          P.O. Box K-1
                          Carmel, CA 93921
                          (831) 626-5503
                          Fax: (831) 626-4327

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Appearance has been served upon counsel for Plaintiffs, Daniel L. Schwartz, Esq. and Patricia M. Canavan, Esq., Day, Berry & Howard, LLP, One Canterbury Green, Stamford, CT  06901, and counsel for the defendant Financial West Group, Luigi Spadafora, Esq., and Dianna McCarthy, Esq., Winget, Spadafora & Schwartzberg, LLP, 45 Broadway, 19th Floor, New York, NY 10006, and Glenn A. Duhl, Esq., Siegel, O'Connor, 150 Trumbull Street, Hartford, CT 06103, by first class mail, postage prepaid, this    day of December, 2003.

_____
Patrick Sahli

2



**Fleet**

## RETURNED DEPOSITED ITEM NOTICE

12/5/2003

| | |
|---|---|
| Acct. Number | 9428374872 |
| Advice Number | 6292 |

(48)

| Amount | Ret. Reason | Seq. No. |
|---|---|---|
| $100.00 | NSF | 00070055178 |

This advice contains 1 item(s) being returned to your account
9428374872 for a total of $100.00. This
list also indicates the disposition of the item(s) and amount
charged to your account.

SIEGEL O'CONNOR ZANGARI O'DONNELL
& BECK PC
ATTN ACCOUNTING DEPARTMENT
150 TRUMBULL STREET
HARTFORD CT   06103-2406

Totals:          1          $100.00

⑆5585⑉65865⑆     9428374872⑈     ⑈00006292 20⑇





**Fleet**

## RETURNED DEPOSITED ITEM NOTICE

12/8/2003

| | |
|---|---|
| Acct. Number | 9428374872 |
| Advice Number | 6098 |

This advice contains 1 item(s) being returned to your account 9428374872 for a total of $100.00, plus a service fee of $9.00. This list also indicates the disposition of the item(s) and amount charged to your account.

SIEGEL OCONNOR ZANGARI ODONNEL
& BECK PC
ATTN ACCOUNTING DEPARTMENT
150 TRUMBULL STREET
HARTFORD  CT   06103-2406

| Amount | Ret Reason | Seq. No. |
|---|---|---|
| $100.00 | NSF | 00070070156Z |

(16)

| Totals: | 1 | $100.00 |
|---|---|---|

⑆565⑆656⑈  94283748 72⑈  ⑈000060980⑈⑆





## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY A. BLOCH, ANNE C. BLOCH     : <br> GREGORY A. BLOCH, ANNE C. BLOCH AS : <br> TRUSTEES FOR THE BENEFIT OF TRIAD : <br> ART GROUP, INC.'S EMPLOYEE STOCK  : <br> OWNERSHIP TRUST, ANNE C. BLOCH AS : <br> CUSTODIAN FOR THE BENEFIT OF LUCAS : <br> CRETZMEYER, TRIAD ART GROUP, INC.,  : <br> TRIAD ART GROUP PUBLISHING, INC.,   : <br>                   : <br>        Plaintiffs,          : <br>                   : <br> v.                       : <br>                   : <br> FINANCIAL WEST GROUP AND      : <br> PATRICK SAHLI,           : <br>                   : <br>        Defendants.      : | CASE NO. 3:03 CV 0368 (MRK) <br><br><br><br><br> **DRAFT** <br><br><br><br> DECEMBER ___, 2003 |

### MOTION TO WITHDRAW AS COUNSEL

In accordance with the provisions of Local Rule 7(e), undersigned counsel hereby moves to withdraw as attorney of record for defendant Patrick Sahli ("Sahli"), because of Sahli's failure to pay his attorney's fees and expenses.

1.    By letter, dated March 26, 2003, a copy of which is attached as **Exhibit A**, Sahli engaged undersigned counsel to appear and represent its interests in this litigation. That agreement contained a requirement that Sahli deliver to the undersigned a $2,000 retainer against which attorney time and expenses would be deducted until exhausted. Thereafter, bills for services would be billed monthly and due on receipt. The agreement also provided: "Should the retainer be exhausted and not replenished, or otherwise if any invoice submitted to you is not timely paid, such circumstances will be grounds for me to terminate my representation and to withdraw from any litigation or administrative

proceeding for which I (and any other attorney in my firm) am engaged on your behalf."

*Id.*                                                   **DRAFT**

2.     Fees and expenses were deducted from the retainer until it was exhausted,
leaving a balance due.  Sahli has not paid the monthly invoices despite his agreeing to do
so.  Other than paying the initial retainer, Sahli has failed to deliver any payment against
the balance due which exceeds $5,200.  Rather, he has twice delivered two checks, each
of which have been returned for insufficient funds.

3.     By letter dated October 29, 2003, undersigned counsel mailed Sahli notice
of his intention to file this motion to withdraw.   *See* **Exhibit B**.  A second letter was sent
on December 18, 2003. *See* **Exhibit C**.  In those letters, undersigned counsel notified
Sahli that if new counsel is not engaged and the motion to withdraw is granted, the Court
may also enter a default against Sahli and dismiss Sahli's claims if it is not represented
by counsel. *Id.*

4.     At the present time, Sahli owes undersigned counsel's law firm more than
$5,200 in attorney's fees and expenses.

5.     For the foregoing reasons, undersigned counsel represents that good
cause has been shown to support this motion to withdraw and, accordingly, the motion
should be granted.

# DRAFT

By:_____
Glenn A. Duhl ct03644
Siegel, O'Connor, Zangari,
    O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
(860) 727-8900
Fax: (860) 527-5131
gduhl@siegeloconnor.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion to withdraw has been served upon counsel for Plaintiffs, Daniel L. Schwartz, Esq. and Patricia M. Canavan, Esq., Day, Berry & Howard, LLP, One Canterbury Green, Stamford, CT 06901, and counsel for defendant Financial West Group, Luigi Spadafora, Esq. and Dianna D. McCarthy, Esq., Winget, Spadafora & Schwartzberg, LLP, 45 Broadway, 19th Floor, New York, NY 10006, and Patrick James Sahli, P.O. Box K-1, Carmel, CA 93921, by first class mail, postage prepaid, this ___ day of December, 2003.

_____
Glenn A. Duhl

3

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Patrick James Sahli
P.O. Box K-1
Carmel, CA  93921

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
12/30

C. Signature
X                                        ☑ Agent
                                         ☑ Addressee

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, March 2001        Domestic Return Receipt        102595-01-M-1424

