UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Gregory A. Bloch, et al., | : |
| | : |
| v. | : NO.3:03cv368(MRK) |
| | : |
| Financial West Group and | : |
| Patrick Sahli | : |

## NOTICE TO DEFENDANT SAHLI

By Motion dated January 7, 2004, Attorney Glenn A. Duhl seeks Court permission to withdraw his appearance on your behalf [doc. #30]. Pursuant to D. Conn. L. Civ. R. 7(e) this Motion will remain under advisement until January 28, 2004 to give you opportunity to retain replacement counsel or to file your pro se appearance. To defend the case which has been brought against you, an appearance on your behalf as set forth above must be filed with the Clerk no later than January 28, 2004.

On January 28, 2004, Attorney Duhl's Motion to Withdraw Appearance [doc. #30] will be granted. If no attorney appearance or pro se appearance has been filed on your behalf by January 28, 2004, you may be deemed to have failed to plead or otherwise defend, and Plaintiff may move for default judgment against you under Fed. R. Civ. P. 55. If a default judgment is entered against you, it may only be set aside in accordance with Fed. R. Civ. P. 60(b).

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

**Dated at New Haven, Connecticut: January 7, 2004**