UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Telephonic Status Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

February 4, 2004

2:00 p.m.

*Held 30 minutes.*

CASE NO. **3:03cv368 (MRK)**   **Bloch, et al vs. Financial West Group, et al**

Glenn A. Duhl
Siegel, O'Connor, Zangari, O'Donnell & B
150 Trumbull St.
Hartford, CT 06103


Dianna D. McCarthy
Winget, Spadafora & Schwartzberg, LLP
183 N. Broad Street
Milford, CT 06460


Daniel Schwartz
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047


Luigi Spadafora
Winget Spadafora & Schwartzberg
45 Broadway, 19th Fl.
New York, NY 10006


Ray A. Wynter
Day, Berry & Howard-Stmfd-CT
One Canterbury Green
Stamford, CT 06901-2047

\*PLAINTIFF COUNSEL TO INITIATE THE CONFERENCE CALL TO JUDGE GARFINKEL
@ 203-579-5593.

    THANKS.

                                               BY ORDER OF THE COURT
                                               KEVIN F. ROWE, CLERK