UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY A. BLOCH, ANNE C. BLOCH, GREGORY A. BLOCH, ANNE C. BLOCH AS TRUSTEES FOR THE BENEFIT OF TRIAD ART GROUP, INC.'S EMPLOYEE STOCK OWNERSHIP TRUST, ANNE C. BLOCH AS CUSTODIAN FOR THE BENEFIT OF LUCAS CRETZMEYER, TRIAD ART GROUP, INC., TRIAD ART GROUP PUBLISHING, INC.<br><br>         Plaintiffs,<br>VS.<br><br>FINANCIAL WEST GROUP AND PATRICK SAHLI,<br><br>         Defendants. | : CASE NO.: 3:03 CV 0368 (MRK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: FEBRUARY 25, 2004<br>:<br>:<br>: |

**PLAINTIFFS' MOTION ON CONSENT TO EXTEND THE DISCOVERY PERIOD**

Pursuant to Local Rule 7(b), Plaintiffs Gregory A. Bloch, Anne C. Bloch, Gregory A. Bloch, Anne C. Bloch as Trustees for the Benefit of Triad Art Group, Inc.'s Employee Stock Ownership Trust, Anne C. Bloch as Custodian for the benefit of Lucas Cretzmeyer, Triad Art Group, Inc., and Triad Art Group Publishing, Inc. ("Plaintiffs"), with the consent of Defendant Financial West Group ("FWG") and Defendant Patrick Sahli ("Sahli"), respectfully request a modification of the case management plan previously filed with this Court. Specifically, Plaintiffs request a three-month extension of time to complete discovery, up to and including May 29, 2004.

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

71219759_1.DOC

In support of this motion, Plaintiffs state as follows:

(1) Prior to the date of this motion, the parties have completed significant discovery, including but not limited to responding to numerous interrogatories and requests for production. Plaintiffs also have taken the deposition of Thomas Krueger, a compliance officer of FWG. The parties are in the process of attempting to schedule deposition dates for Plaintiffs Gregory Bloch and Anne Bloch.

(2) The parties are scheduled to have a settlement conference with Magistrate Judge Garfinkel on March 23, 2004. Plaintiffs are reluctant to incur the additional expense of further discovery prior to the settlement conference. However, if such settlement conference is unsuccessful and the parties are not able to reach an agreement in this matter, Plaintiffs will need to conduct additional discovery to prepare for trial. For instance, Plaintiffs then would notice and take the depositions of Defendant Sahli, who resides in California, and several current and former executives of Defendant FWG, many of whom also reside in California.

(3) Undersigned counsel for Plaintiffs has contacted both Mr. Sahli (who is pro se) and counsel for FWG, both of whom consent to this motion for an extension of the discovery period.

(4) This motion is the first request for an extension of the discovery period in this matter.

WHEREFORE, based on the foregoing, Plaintiffs request a three-month extension of time to complete discovery, up to and including May 29, 2004.

-3-

Respectfully submitted,

**THE PLAINTIFFS,
GREGORY A. BLOCH, ANNE C. BLOCH,
GREGORY A. BLOCH, ANNE C. BLOCH
AS TRUSTEES FOR THE BENEFIT OF
TRIAD ART GROUP, INC.'S EMPLOYEE
STOCK OWNERSHIP TRUST, ANNE C.
BLOCH AS CUSTODIAN FOR THE
BENEFIT OF LUCAS CRETZMEYER,
TRIAD ART GROUP, INC., TRIAD ART
GROUP PUBLISHING, INC.**

By _____
    Daniel L. Schwartz  (ct 09862)
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, Connecticut 06901-2047
    (203) 977-7300
    dlschwartz@dbh.com
    Attorneys for Plaintiffs

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent by certified mail, return receipt requested, on this 25th day of February 2004 to:

Dianna McCarthy, Esq.
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 19th Floor
New York, NY 10006
*(attorneys for Financial West Group)*

Patrick Sahli
P.O. Box K-1
Carmel, CA 93921
*(Pro se Defendant)*

                                                                                                                                        _____
                                                                                                                                        Daniel L. Schwartz