UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY A. BLOCH, et al., | : | |
| | : | |
| Plaintiffs | : | |
| v. | : | NO.3:03cv368(MRK) |
| | : | |
| FINANCIAL WEST GROUP and PATRICK SAHLI, | : | |
| | : | |
| Defendants | : | |

## ORDER

Pursuant to the Court's Notice to Defendant Sahli on January 8, 2004 [doc. #31], Attorney Duhl's Motion to Withdraw as Counsel [doc. #30] is GRANTED.

The Court notes that there is still no *pro se* appearance by Defendant Sahli, nor has a new attorney appeared on his behalf. If no attorney appearance or *pro se* appearance has been filed on his behalf by March 26, 2004, he may be deemed to have failed to plead or otherwise defend, and Plaintiff may move for default judgment against him under Fed. R. Civ. P. 55. If a default judgment is entered, it may only be set aside in accordance with Fed. R. Civ. P. 60(b).

IT IS SO ORDERED.

/s/        Mark R. Kravitz
U.S.D.J.

**Dated at New Haven, Connecticut: February 27, 2004**