UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Mar 8  3 48 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

GREGORY A. BLOCH, et al., :
:
Plaintiffs :
v. : NO.3:03cv368(MRK)
:
FINANCIAL WEST GROUP and :
PATRICK SAHLI, :
:
Defendants :

### AMENDED NOTICE

On or before **June 7, 2004,**

THE PARTIES SHALL FILE WITH THE CLERK'S OFFICE [with certification copies sent to all counsel of record] AN ORIGINAL JOINT STATUS REPORT, STATING THE FOLLOWING:

   (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

   (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT'S SPECIAL MASTERS PROGRAM;

   (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

   (d)  THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.

                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK