UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Amended ( from 2/9/04) Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

March 23, 2004

1:30 p.m.

*Held 4 hours* [handwritten]

CASE NO. **3:03cv368 (MRK)**   **Bloch, et al vs. Financial West Group, et al**

Dianna D. McCarthy
Winget, Spadafora & Schwartzberg, LLP
183 N. Broad Street
Milford, CT 06460


Daniel Schwartz
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047


Luigi Spadafora
Winget Spadafora & Schwartzberg
45 Broadway, 19th Fl.
New York, NY 10006


Ray A. Wynter
Day, Berry & Howard-Stmfd-CT
One Canterbury Green
Stamford, CT 06901-2047

Mr. Patrick Sahli
PO Box K-1
Carmel, California 93921

* Mr. Sahli shall participate in this conference by telephone and shall call Judge Garfinkel @ 203-579-5593.

Thanks.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK