# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

APPEARANCE

FILED
APR 13 3:27 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN

CASE NUMBER: 3:03CV9?

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

___March 24, 2004___
Date

___(831) 626-5503___
Connecticut Federal Bar Number

___(831) 626-5503___
Telephone Number

___(831) 626-4327___
Fax Number

___patrick@carmelgrampa.com___
E-mail address

___Patrick Sahli___
Signature

___PATRICK SAHLI___
Print Clearly or Type Name

___PO Box K-1___
Address

___Carmel, CA 93921___

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

___Patrick Sahli___
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24