UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY A. BLOCH, ANNE C. BLOCH, GREGORY A. BLOCH, ANNE C. BLOCH AS TRUSTEES FOR THE BENEFIT OF TRIAD ART GROUP, INC.'S EMPLOYEE STOCK OWNERSHIP TRUST, ANNE C. BLOCH AS CUSTODIAN FOR THE BENEFIT OF LUCAS CRETZMEYER, TRIAD ART GROUP, INC., TRIAD ART GROUP PUBLISHING, INC. | : : : : : : : : | CASE NO.: 3:03 CV 0368 (RNC) |
| Plaintiffs, | : | |
| VS. | : : | |
| FINANCIAL WEST GROUP AND PATRICK SAHLI, | : : : | |
| Defendants. | : | APRIL 22, 2004 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 15, the undersigned attorney moves to withdraw his appearance in the above-captioned case for the Plaintiffs Gregory A. Bloch, Anne C. Bloch, Anne C. Bloch as Trustees for the Benefit of Triad Art Group, Inc.'s Employee Stock Ownership Trust, Anne C. Bloch as Custodian for the Benefit of Lucas Cretzmeyer, Triad Art Group, Inc., and Triad Art Group Publishing, Inc.

Respectfully submitted,

_/s/ Ray A. Wynter_
Ray A. Wynter (ct 25305)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Tel. (203) 977-7300
Fax (203) 977-7301
E-mail: rawynter@dbh.com
Counsel for Plaintiffs

71228049_1.DOC

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 22nd day of April, 2004 via regular mail, postage prepaid, to:

Dianna D. McCarthy (ct24874)
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 19th Floor
New York, NY 10006
(212) 221-6900

_____
Ray A. Wynter