39

03cv38mwthdrw

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY A. BLOCH, ANNE C. BLOCH, GREGORY A. BLOCH, ANNE C. BLOCH AS TRUSTEES FOR THE BENEFIT OF TRIAD ART GROUP, INC.'S EMPLOYEE STOCK OWNERSHIP TRUST, ANNE C. BLOCH AS CUSTODIAN FOR THE BENEFIT OF LUCAS CRETZMEYER, TRIAD ART GROUP, INC., TRIAD ART GROUP PUBLISHING, INC.<br><br>Plaintiffs,<br><br>VS.<br><br>FINANCIAL WEST GROUP AND PATRICK SAHLI,<br><br>Defendants. | CASE NO.: 3:03 CV 0368 (RNC)<br><br><br><br><br>FILED 2004 APR 23 P 1:40<br><br>APRIL 22, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 15, the undersigned attorney moves to withdraw his appearance in the above-captioned case for the Plaintiffs Gregory A. Bloch, Anne C. Bloch, Anne C. Bloch as Trustees for the Benefit of Triad Art Group, Inc.'s Employee Stock Ownership Trust, Anne C. Bloch as Custodian for the Benefit of Lucas Cretzmeyer, Triad Art Group, Inc., and Triad Art Group Publishing, Inc.

Respectfully submitted,

Ray A. Wynter (ct 25305)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Tel. (203) 977-7300
Fax (203) 977-7301
E-mail: rawynter@dbh.com
Counsel for Plaintiffs

Granted. So ordered.
Robert N. Chatigny, U.S.D.J.
April 28, 2004.

71228049_1.DOC