UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY A. BLOCH, ANNE C. BLOCH, GREGORY A. BLOCH, ANNE C. BLOCH AS TRUSTEES FOR THE BENEFIT OF TRIAD ART GROUP, INC.'S EMPLOYEE STOCK OWNERSHIP TRUST, ANNE C. BLOCH AS CUSTODIAN FOR THE BENEFIT OF LUCAS CRETZMEYER, TRIAD ART GROUP, INC., TRIAD ART GROUP PUBLISHING, INC. | : CASE NO.: 3:03 CV 0368 (MRK) |
| Plaintiffs, | : |
| VS. | : |
| FINANCIAL WEST GROUP AND PATRICK SAHLI, | : JUNE 3, 2004 |
| Defendants. | : |

## PLAINTIFFS' STATUS REPORT

Pursuant to this Court's Order, the Plaintiffs in the above-captioned matter hereby submit the following status report:

    (a)  Discovery in the case almost has been completed.  Plaintiffs have deposed a 30(b)(6) representative of Defendant Financial West Group ("FWG") and FWG has deposed Mr. Bloch.  Plaintiffs recently provided their expert disclosure for their damages expert to Defendants and Defendants are in the process of deciding whether or not to depose Plaintiffs' expert witness.

    (b)  The parties already had an extensive settlement conference before Magistrate Judge Garfinkel.  That conference did not lead to a resolution of this matter and the parties do not request another settlement conference.

(c) Plaintiffs are requesting a jury trial and will consent to have such trial presided over by a Magistrate Judge.

(d) Plaintiffs estimate that the trial of this case, including jury selection, will last approximately 3 days. Plaintiffs will be ready for trial on July 15, 2004, and request that the Court schedule the trial in this matter shortly thereafter.

Respectfully submitted,

_____
Daniel L. Schwartz (ct09862)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Tel. (203) 977-7300
Fax (203) 977-7301
E-mail: dlschwartz@dbh.com
*(attorneys for Plaintiffs)*


_____
Dianna D. McCarthy (ct24874)
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 19th Floor
New York, NY 10006
(212) 221-6900
*(attorneys for Financial West Group)*


_____
Patrick Sahli
P.O. Box K-1
Carmel, CA 93921
*(Pro se Defendant)*

(c) The parties are requesting a jury trial and will consent to have such trial presided over by a Magistrate Judge.

(d) The parties estimate that the trial of this case, including jury selection, will last approximately 3 days. The parties will be ready for trial on July 15, 2004, and request that the Court schedule the trial in this matter shortly thereafter.

Respectfully submitted,

Daniel L. Schwartz (ct09862)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Tel. (203) 977-7300
Fax (203) 977-7301
E-mail: dlschwartz@dbh.com
*(attorneys for Plaintiffs)*

Dianna D. McCarthy (ct24874)
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 19th Floor
New York, NY 10006
(212) 221-6900
*(attorneys for Financial West Group)*

Patrick Sahli
P.O. Box K-1
Carmel, CA 93921
*(Pro se Defendant)*