UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jun 7 10 00 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

------------------------------------------------X
GREGORY A. BLOCH, ANNE C. BLOCH,:
GREGORY A. BLOCH, ANNE C. BLOCH :
as TRUSTEES FOR THE BENEFIT OF      :
TRIAD ART GROUP, INC.'S EMPLOYEE:             CIVIL ACTION NO. 3:03 CV 0368 (MRK)
STOCK OWNERSHIP TRUST, ANNE C.  :
BLOCH as CUSTODIAN FOR THE               :
BENEFIT OF LUCAS CRETZMEYER,        :             June 4, 2004
TRIAD ART GROUP, INC.,                          :
TRIAD ART GROUP PUBLISHING, INC.,:
                                                                :
               Plaintiffs,                          :
                                                                :
VS.                                                         :
                                                                :
FINANCIAL WEST GROUP, and.           :
PATRICK SAHLI,                                      :
                                                                :
               Defendants.                        :
------------------------------------------------X

## FINANCIAL WEST GROUP'S STATUS REPORT

Pursuant to this Court's Order, Financial West Group ("FWG") hereby submits the following status report:

(a)     Discovery in this case has nearly been completed. Plaintiffs have deposed a 30(b)(6) representative of Defendant FWG, and FWG has deposed Mr. Bloch. However, Defendant FWG has noticed the deposition of Mrs. Bloch and, to date, she has not been produced. The parties are still resolving discovery issues regarding the Plaintiffs' net worth during the relevant period. Plaintiffs have noticed the depositions of six (6) additional witnesses and have not moved to enlarge the time period to complete depositions, which time expired on February 29, 2004 pursuant to the July 10, 2003 Report on Parties' Planning Meeting (the "Parties' Report").

(b)     Plaintiffs provided Defendant FWG with their expert disclosure for their damages expert (Plaintiffs' "Expert Report") on June 3, 2004. The Plaintiffs have not filed a motion to enlarge the time period to serve the their Expert Report, which was due on or before October 31, 2003 (nearly eight months ago) pursuant to the Parties' Report. Defendant FWG does not waive its right to depose the Plaintiffs' expert witness to the extent that such witness is permitted, nor does FWG waive its right to obtain and disclose its own expert witness.

(c)     The parties participated in an extensive settlement conference before Magistrate Judge Garfinkel. That conference did not lead to a resolution of this matter. FWG is continuing to discuss settlement through Magistrate Judge Garfinkel.

(d)     Plaintiffs are requesting a jury trial. Defendant FWG does not consent to a jury trial.

(e)     The parties estimate that the trial of this case, including jury selection, will last approximately six (6) days. The parties will be ready for trial on October 15, 2004, pending confirmation of the availability of witnesses, and request that the Court schedule the trial in this matter shortly thereafter.

Respectfully submitted,

Dianna D. McCarthy (ct24874)
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 19th Floor
New York, New York 10006
Tel: (212) 221-6900
Fax: (212) 221-6989
mccarthy.d@wssllp.com
*(Attorneys for Financial West Group)*

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Status Report was sent via first class mail on this date to:

Daniel L. Schwartz (ct09862)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
Tel: (203) 977-7300
Fax: (203) 977-7301
dlschwartz@dbh.com
*(attorneys for Plaintiffs)*

Patrick Sahli
P.O. Box K-1
Carmel, California 93921
Phone: (831) 626-5503
Cell: (831) 236-0413
Fax: (831) 626-4327
*(Pro se Defendant)*

Dated: June 4, 2004

Dianna D. McCarthy