UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
GREGORY A. BLOCH, ANNE C. BLOCH,:
GREGORY A. BLOCH, ANNE C. BLOCH :
as TRUSTEES FOR THE BENEFIT OF   :
TRIAD ART GROUP, INC.'S EMPLOYEE :     Index No.:  3:03 CV 0368 (MRK)
STOCK OWNERSHIP TRUST, ANNE C.   :
BLOCH as CUSTODIAN FOR THE       :
BENEFIT OF LUCAS CRETZMEYER,     :     July 8, 2004
TRIAD ART GROUP, INC.,           :
TRIAD ART GROUP PUBLISHING, INC.,:
                                 :
         Plaintiffs,             :
                                 :
VS.                              :
                                 :
FINANCIAL WEST GROUP, and.       :
PATRICK SAHLI,                   :
                                 :
         Defendants.             :
---------------------------------------------------------X

**DEFENDANT FINANCIAL WEST GROUP'S
MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed.R.Civ.P. 6(b), the undersigned Defendant Financial West Group ("FWG") respectfully requests that the period of time within which this Honorable Court has ordered the parties to file a Joint Trial Brief be enlarged up to and including August 31, 2004. The reason for said enlargement is that, while substantial discovery has been exchanged, the parties to the above-captioned action have, as of yet, not completed discovery within a sufficient amount of time to enable them to file their joint trial brief on or before July 15, 2004.

In this regard, the Plaintiffs provided Defendant FWG with their expert disclosure for damages (Plaintiffs' "Expert Report") on June 3, 2004. The Plaintiffs have not filed a motion to enlarge the time period to serve their Expert Report, which was initially due on or before November 14, 2003 (eight months ago) pursuant to the Report of Parties' Planning Meeting (the "Parties' Report"). However, in February of this year, the Plaintiffs moved to extend the Discovery Period on consent, which this Honorable Court granted, extending all discovery, including discovery relating to expert witnesses, to be completed by May 29, 2004. As such, Defendant FWG reserves the right to depose the Plaintiffs' expert witness to the extent that such witness is permitted, and further reserves its right to obtain and disclose its own expert witness. A telephone Status Conference is scheduled in connection with this matter for Thursday, July 22, 2004 at 4:30 p.m., during which we hope to resolve these matters.

WHERERFORE, the undersigned respectfully requests that this Court find that good cause exists to enlarge the period of time within which to comply with this Court's Order that the parties file their Joint Trial Brief on or before July 15, 2004.

Dated: July 8, 2004

           WINGET, SPADAFORA & SCHWARTZBERG, LLP
           Attorneys for Defendant
           Financial West Group

By: _____
      Dianna D. McCarthy (ct24874)
      45 Broadway, 19th Floor
      New York, New York 10006
      Phone: (212) 221-6900
      Fax: (212) 221-6989

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent via regular mail on this date to:

Daniel L. Schwartz (ct09862)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
Tel: (203) 977-7300
Fax: (203) 977-7301
dlschwartz@dbh.com
*(Attorneys for Plaintiffs)*


Patrick Sahli
P.O. Box K-1
Carmel, California 93921
Phone: (831) 626-5503
Cell: (831) 236-0413
Fax: (831) 626-4327
*(Pro se Defendant)*


Dated: July 8, 2004

                                                                                                  _____
                                                                                                  Dianna D. McCarthy