*fee paid*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Aug 27  10 15 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

-------------------------------------------------------X
GREGORY A. BLOCH, ANNE C. BLOCH,:
GREGORY A. BLOCH, ANNE C. BLOCH :
as TRUSTEES FOR THE BENEFIT OF    :
TRIAD ART GROUP, INC.'S EMPLOYEE:     CASE NO.: 3:03-CV-0368 (MRK)
STOCK OWNERSHIP TRUST, ANNE C.  :
BLOCH as CUSTODIAN FOR THE         :
BENEFIT OF LUCAS CRETZMEYER,  :     August 26, 2004
TRIAD ART GROUP, INC.,                    :
TRIAD ART GROUP PUBLISHING, INC.,:
                                                          :
          Plaintiffs,                           :
                                                          :
VS.                                                    :
                                                          :
FINANCIAL WEST GROUP and        :
PATRICK SAHLI,                              :
                                                          :
          Defendants.                        :
-------------------------------------------------------X

## MOTION TO ADMIT ATTORNEY
## MATTHEW TRACY PRO HAC VICE

Pursuant to L.Civ.R. 83.1(d), the Defendant, Financial West Group, respectfully requests an Order allowing the admission *pro hac vice* of Matthew Tracy, Esq. of Winget, Spadafora & Schwartzberg, LLP, 45 Broadway, 19th Floor, New York, NY 10006, as counsel for the Defendant in the above-captioned case.

The Defendant represents that Attorney Tracy's admission in this case will result in the Defendant receiving the benefit of his expertise in this matter. Winget, Spadafora & Schwartzberg, LLP has established an attorney-client relationship with the Defendant Financial West Group herein and the admission of Mr. Tracy in this matter would benefit this relationship.

As set forth in the attached Affidavit, Attorney Tracy is admitted before several courts, does not have any grievances pending against him, has never been reprimanded, suspended, placed on inactive status, disbarred, nor has he ever resigned from the practice of law.

WHEREFORE, the Defendant respectfully requests that an Order be entered permitting Matthew Tracy to appear *pro hac vice* on behalf of the Defendant in this action.

Dated: New York, New York
August 26, 2004

> WINGET, SPADAFORA &
> SCHWARTZBERG, LLP
> Attorneys for Defendant
> Financial West Group
>
> By: _____
> Luigi Spadafora (ct18590)
> 45 Broadway, 19th Floor
> New York, New York 10006
> Phone: (212) 221-6900
> Fax: (212) 221-6989

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Opposition was sent via first class mail on this date to:

Patricia M. Canavan, Esq.
Daniel L. Schwartz, Eaq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
Attorneys for Plaintiffs

Glenn A. Duhl, Esq.
Siegel, O'Connor, Zangari,
O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
Attorneys for Defendant Patrick Sahli

Dated: August 26, 2004

_____
Luigi Spadafora

## AFFIDAVIT OF MATTHEW TRACY

I, Matthew Tracy, being been duly sworn do hereby depose and say:

1. I am over the age of eighteen (18) years and understand the obligations of an oath.

2. I am a partner with the firm of Winget, Spadafora, Schwartzberg, LLP, 45 Broadway, 19th Floor, New York, NY 10006, telephone number: (212) 221-6900, fax number: (212) 221-6658, email address: tracy.m@wssllp.com.

3. I am an attorney at law fully admitted to the practice of law in the courts of New York, and the United States District Courts for the Northern, Southern, Eastern and Western Districts of New York and the District of Colorado

4. I make this Affidavit in support of the motion to permit me to appear *pro hac vice* as counsel for Financial West Group.

5. I have never been reprimanded, suspended, placed in inactive status or disbarred, nor have I ever resigned from the practice of law in any court. I have no grievance pending against me.

6. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

7. I am associated in this litigation with the law firm of Winget, Spadafora, Schwartzberg, LLP, which is authorized to practice law in the Federal District Courts for the District of Connecticut. I will participate with Winget, Spadafora, Schwartzberg, LLP in representing Financial West Group, and that firm will be present at all proceedings in this matter.

8.  Winget, Spadafora, Schwartzberg, LLP has an established attorney-client relationship with Financial West Group.

9.  By reason of that attorney-client relationship I have acquired special knowledge of the facts at issue in this matter. Financial West Group has requested that I represent it in this matter so that is will have the benefit of my legal expertise.

10. If I am not permitted to appear *pro hac vice* in this matter, Financial West Group will lose the benefit of the knowledge, information and expertise that I have obtained in my capacity as its counsel.

ADAM J. MARGOLIS
Notary Public State of New York
No. 02MA6095155
Qualified in New York County
Commission Expires July 7, 2007

_____
Matthew Tracy

Sworn to before me this 12 day of August, 2004

_____
Notary Public