UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY A. BLOCH, | : | |
| ANNE C. BLOCH, | : | |
| TRIAD ART GROUP, INC., | : | |
| TRIAD ART GROUP PUBLISHING, INC., | : | |
| | : | |
| Plaintiffs | : | |
| v. | : | NO.3:03cv368(MRK) |
| | : | |
| FINANCIAL WEST GROUP and | : | |
| PATRICK SAHLI, | : | |
| | : | |
| Defendants | : | |

## JUDGMENT

Notice having been sent to counsel of record on October 7, 2004 pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before November 8, 2004 .

No closing papers having been received and no further requests for continuance having been received, it is hereby, ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at New Haven, Connecticut, this 8th day of December 2004.

KEVIN F. ROWE, Clerk

By /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____