UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
GREGORY A. BLOCH, ANNE C. BLOCH,:
GREGORY A. BLOCH, ANNE C. BLOCH :
as TRUSTEES FOR THE BENEFIT OF   :
TRIAD ART GROUP, INC.'S EMPLOYEE :   INDEX NO.: 3:03 CV 0368 (MRK)
STOCK OWNERSHIP TRUST, ANNE C.   :
BLOCH as CUSTODIAN FOR THE       :   December 16,
BENEFIT OF LUCAS CRETZMEYER,     :   ~~September~~ ___, 2004
TRIAD ART GROUP, INC.,           :
TRIAD ART GROUP PUBLISHING, INC.,:
                                 :
         Plaintiffs,             :
                                 :
VS.                              :
                                 :
FINANCIAL WEST GROUP, and.       :
PATRICK SAHLI,                   :
                                 :
         Defendants.             :
---------------------------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The matter having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the above-captioned action, and any and all actual and/or potential claims that were either asserted by the parties, or that could have been asserted by the parties, be,

and hereby are, dismissed with prejudice in their entirety and without the imposition of costs against any party. This stipulation may be signed in counterpart.

| DAY, BERRY & HOWARD LLP<br>Attorneys for Plaintiffs | WINGET, SPADAFORA & SCHWARTZBERG<br>Attorneys for Financial West Group |
|---|---|
| /s/ Daniel L. Schwartz<br>Daniel L. Schwartz, Esq. (ct09862)<br>One Canterbury Green<br>Stamford, Connecticut 06901<br>(203) 977-7300<br>Dated: 12/16/04 | /s/ Dianna D. McCarthy<br>Dianna D. McCarthy, Esq. (ct24874)<br>45 Broadway, 19th Floor<br>New York, New York 10006<br>(212) 221-6900<br>Dated: 12/10/04 |